**Samuel SNOWDEN, Appellant,**

v.

**Poulan/Weed EATER, Appellee.**

No. 06–2664.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2007.

Filed: Feb. 5, 2007.

Samuel Snowden, Delight, AR, pro se.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Samuel Snowden appeals the district court's[1] preservice dismissal of his employment-discrimination action. Having conducted de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree with the district court that dismissal was proper because Snowden untimely filed the prerequisite administrative charge of discrimination, and the circumstances he alleged did not warrant equitable tolling or estoppel. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, then United States Magistrate Judge for the Western District of Arkansas, now United States Circuit Judge.